# Court of Appeals
# of the State of Georgia

ATLANTA,_____April 17, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0814. HOLMES v. THE STATE.**

This appeal was docketed in this court on December 23, 2014. The Appellant's brief, including enumerations of error, was due to be filed no later than January 12, 2015. Court of Appeals Rule 23 (a). On January 22, 2015, this court entered an order granting Appellant an extension of time and ordering that Appellant's brief and enumerations of error be filed within 10 days from entry of the order. Appellant, however, failed to file a brief that included a certificate of service. Subsequently, on February 26, 2015, this court entered an order again granting Appellant an extension of time and ordering that Appellant's brief, enumerations of error, and certificate of service be filed within 10 days from entry of the order. Because Appellant still has not filed a brief, enumerations of error, and certificate of service as of the date of the present order, the instant appeal is hereby DISMISSED. Court of Appeals Rules 7 and 23 (a).



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,_____* 04/17/2015_____
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*